

FILED
MAR 23 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )     2:10-CR-121-RLH (RJJ)
                                )
MARIA ORNELAS,                  )
                                )
            Defendant.          )

### ORDER OF FORFEITURE

This Court found on June 22, 2011, that MARIA ORNELAS shall pay a criminal forfeiture money judgment of $20,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARIA ORNELAS a criminal forfeiture money judgment in the amount of $20,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

DATED this 23 day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE