SUE FAHAMI
Acting United States Attorney
Nevada Bar Number 5634

CYBILL L. DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff / Judgment Creditor,<br><br>　　v.<br><br>MARIA ORNELAS,<br><br>　　　　Defendant / Judgment Debtor,<br><br>and<br><br>DELEK US HOLDINGS, and its Successors or Assigns,<br><br>　　　　Garnishee. | Case No.: 2:10-CR-121-RLH-RJJ<br><br>**ORDER TO DISSOLVE WRIT OF CONTINUING GARNISHMENT** |

　　This matter is before the Court on the motion of the United States to Dissolve the Writ of Continuing Garnishment directed to Delek US Holdings, and its successor or assigns, at 310 Seven Springs Way, Brentwood, TN 37027.

　　IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Writ of Continuing Garnishment issued to Delek US Holdings, and its successor or assigns, on March 14, 2025 is hereby dissolved.

　　IT IS SO ORDERED:

　　Dated: April 21, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE